IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC FERNANDEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-861-D |
| | ) |
| WARDEN FERRIS, | ) |
| | ) |
| Respondent. | ) |

**ORDER TRANSFERRING CASE**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1) [Doc. No. 6]. Judge Green recommends transferring this habeas action under 28 U.S.C. § 2254 to the United States District Court for the Northern District of Oklahoma. Upon review of the file, and noting no timely objection to the findings and recommendations, the Court adopts the Report and Recommendation [Doc. No. 6] in its entirety.

**IT IS THEREFORE ORDERED** that this action is transferred to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED** this 16th day of October, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge